PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                             ) | **Docket Number: 1:06CR00010 AWI** |
| ) | |
| **Jose Ramon Vasquez** ) | |
| ) | |

On December 20, 2002, the above-named was placed on Supervised Release for a period of 5 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:     February 3, 2006
           Fresno, California

**REVIEWED BY:**     /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez
                    Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:   Jose Ramon Vasquez**
      **Docket Number:   1:06CR00010-01 AWI**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   February 22, 2006**                    /s/ Anthony W. Ishii
0m8i78                                            UNITED STATES DISTRICT JUDGE